UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

NNJ FACTORS, LLC, d/b/a COMMISSION
EXPRESS OF NORTHERN NEW JERSEY,

          Plaintiff,

          -against-

KEVIN JOYCE,
          Defendant.
-----------------------------------------------------------------x

**RULE 7.1 FEDERAL RULES OF CIVIL PROCEDURE: DISCLOSURE STATEMENT**

    Plaintiff, by its attorney, Daniel Crupain, for its Rule 7.1 Disclosure Statement states as follows:

    There is no corporation that is a parent corporation or any publicly held corporation that owns 10% or more of the stock of Plaintiff NNJ FACTORS, LLC.

Dated: New York, New York
       April 16, 2007

                                               DANIEL CRUPAIN, ESQ. (DC1574)
                                               Attorney for Plaintiff
                                               225 Broadway, Suite 2700
                                               New York, New York 10007
                                               (212) 529-4000