Form 02 - SUITABLE AGE          AETNA CENTRAL JUDICIAL SERVICES                    LE AGE

**LAW OFFICE OF DANIEL CRUPAIN**
**ATTN:**
U.S. DISTRICT SOUTHERN COURT      NEW YORK COUNTY
-----------------------------------------------------

|  |  |
|---|---|
| NNJ FACTORS, LLC D/B/A COMMISSION EXPRESS OF NORTHERN NEW JERSEY    plaintiff | Index No. **07 CV 3099** |
| - against - | Date Filed .......... |
|  | Office No. |
| **KEVIN JOYCE**    defendant | Court Date:  / / |

-----------------------------------------------------
     STATE OF NEW YORK, COUNTY OF NEW YORK        :SS:
**JEFFREY CAMPOLO**    being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the  State of New York. That on the
**3rd** day of **May, 2007   01:10 PM**                at
     **JOYCE REALTY 21 NORTH WILLIAM ST.**
     **PEARL RIVER, NY 10965**
I served the   **SUMMONS AND COMPLAINT**
upon **KEVIN JOYCE**
the **DEFENDANT**  therein named by delivering and leaving a true copy or copies
of the aforementioned documents with
     **"JANE SMITH"--CO-WORKER WHO REFUSED TRUE NAME**
 a person of suitable age and discretion.
     Deponent describes the person served as aforesaid to the best of deponent's ability
at the time and circumstances of the service as follows:
SEX: **FEMALE**   COLOR: **WHITE**    HAIR: **GREY**      AGE: **65**  HEIGHT: **5:4**   WEIGHT: **130**
OTHER IDENTIFYING FEATURES: **GLASSES**
On **05/08/2007** I deposited in the United States mail a true copy of the aforementioned
documents properly enclosed and sealed in a post-paid wrapper addressed to the said
**DEFENDANT** at the above address. That address being
**actual place of employment of the DEFENDANT.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside
thereof, by return address or otherwise that said notice is from an attorney or concerns
action against the person to be served.

That at the time of service as aforesaid, I asked person spoken to whether **DEFENDANT**
was in the military service of the State of New York or United States and received a negative
reply. Upon information and belief based upon the conversation and observation as aforesaid
I aver that the **DEFENDANT** is not in the military service, and is not dependent on anyone
in the military service of the State of New York or the United States as that term is defined
in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

*Sworn to before me this*
8th  day of  May,          2007

SAMSON NEWMAN                             JEFFREY CAMPOLO
Notary Public, State of New York          AETNA  CENTRAL  JUDICIAL  SERVICES
   No.01NE-4783767                        225 BROADWAY, SUITE 1802
Qualified in NEW YORK COUNTY              NEW YORK, NY, 10007
Commission Expires 11/03/2009             Reference No: 3DC632937