UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
NNJ Factors, LLC
                    Plaintiff(s),         07 CV 3099   (RPP)
         -against-
                                          SCHEDULING ORDER
Jayce
                    Defendant(s)
------------------------------------X
PATTERSON, D.J.

1. This action is referred to Magistrate Judge _____ for _____ after a case management conference.

2. This action is referred for mediation: ___Yes ___No.

3. Amend the pleadings by _____.

4. Medical Authorizations by _____.

5. Rule 26 compliance by _____.

6. Experts' reports to be served by _____.

7. Experts' depositions to be completed by _____.

8. All discovery to be completed by   9/21/07  .

9. Dispostive Motions by _____, Answer by _____, Reply by _____.

10. Pretrial order to be filed by   10/5/07  .

11. Settlement conference with parties & counsel on _____.

12. Pretrial conference scheduled for _____ at _____.

13. Trial date scheduled for   10/15/07 at 9:30 AM  .


Dated: New York, New York
       6/21/07

                                          SO ORDERED.

                                          _____
                                          ROBERT P. PATTERSON, JR.
                                          U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/22/07