# SANFORD COHEN
*Attorney at Law*
PREL PLAZA
SUITE 5
ORANGEBURG, NEW YORK 10962

TELEPHONE (845) 359-8855
FAX (845) 365-2328



*Linda Feggans*
*Of Counsel*

VIA FAX ONLY (212) 805-7917

September 14, 2007

**MEMO ENDORSED**

Hon. Robert P. Patterson, Jr.
United States District Court
Southern District of New York
United States Courthouse, RM 2550
500 Pearl Street, NY 10007
Attn: Deana El-Mallawiny

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/07
```

RE: NNJ FACTORS, LLC v. JOYCE - 07 CIV. 3099 (RPP)
Defendant's Request to file a FRCP 12(b)(3) Motion to Dismiss

Dear Judge Patterson:

I write this letter to respectfully request the Court to extend Defendant's time to file a motion to dismiss on the basis of improper venue.

The Court had earlier forwarded a briefing schedule for this motion, but due to some business conflicts, I was unable to meet said schedule. Plaintiff has commenced suit in this matter in the District Court of New Jersey.

With the Court's permission, I will file and serve a motion to dismiss by close of business, Monday, September 17, 2007. Otherwise, Defendant will have to simultaneously defend a suit on the same operative facts in two jurisdictions.

Thank you for your courtesies, and my apologies for any inconvenience to the Court.

Sincerely,

SANFORD COHEN, ESQ.

CC: Daniel Crupain, Esq. (via fax - 212-406-6890)

*SEE TYPEWRITTEN MEMO*
*ENDORSEMENT ATTACHED*

Application Denied. Defendant has not shown that it has filed an appearance in the NJ action as promised in earlier communications to the Court. So ordered.

Robert P Patterson
USDJ
9/17/07

TOTAL P.01

Case:     NNJ Factors, LLC v. Joyce
Index No.  07 Civ. 3099 (RPP)


**MEMO ENDORSEMENT READS:**

*Application denied.*

*Defendant has not shown that it has filed an appearance in the New Jersey action as promised in earlier communications to the Court.*

*So ordered.*

*Robert P. Patterson, Jr., U.S.D.J., 9/17/07*