RECEIVED
SEP 18 2007
JUDGE ROB...

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NNJ FACTORS, LLC, d/b/a COMMISSION
EXPRESS OF NORTHERN NEW JERSEY,

                    Plaintiff,

v.

KEVIN JOYCE,

                    Defendant.
-----------------------------------------------------------X

**NOTICE OF MOTION
TO DISMISS COMPLAINT**

07 CIV. 3099 (RPP)

**MEMO ENDORSED**

    PLEASE TAKE NOTICE that upon the Complaint and Answer filed in this action, the annexed Affirmation of Sanford Cohen, dated September 17, 2007, and the memoranda submitted with respect to this motion, and all prior proceedings herein, Plaintiffs will move this Court before the Honorable Robert P. Patterson, Jr., at the Hon. Daniel P. Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, as soon as counsel may be heard, for an order and judgment, pursuant to Rule 12(b)(3) of the Federal Rules of Civil Procedure, to dismiss the Complaint in this action on the basis of improper venue, and for any other, further or different relief which this Court deems just, proper or necessary.

Dated: September 17, 2007
       Orangeburg, New York

Respectfully submitted;

/s/ Sanford Cohen
Sanford Cohen, Esq. (SC 6999)
Attorney for Defendant
60 Dutch Hill Road, Suite 5
Orangeburg, New York 10962
(845) - 359-8855

TO:    Daniel Crupain, Esq.
         Attorney for Plaintiff
         225 Broadway
         Suite 2700
         New York, NY 10007

*[Handwritten endorsement:]* In view of the plaintiff's letter dated September 20, 2007, this motion is denied as moot and the case is dismissed without prejudice. So ordered. /s/ Robert P. Patterson USDJ 9/21/07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/07