USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/07

LAW OFFICES
OF
**DANIEL CRUPAIN**
225 BROADWAY
SUITE 2700
NEW YORK, N.Y. 10007



Of Counsel
**PETER E. RHATICAN**
MEMBER N.Y. & N.J. BAR
**JON L NORINSBERG**

(212) 529-4000
(718) 529-4000
(800) 529-4000

Fax (212) 406-68

September 20, 2007

Fax 212-805 7917

Honorable Robert P. Patterson, Jr.,
United States District Court Judge,
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: NNJ Factors v Kevin Joyce
07 CV 3099 (RPP)

Dear Judge Patterson:

It has come to my attention that the defendants have now appeared in an action pending in New Jersey with respect to the subject matter of this case. Therefore, Plaintiff requests that this case be discontinued.

Very truly yours,

Daniel Crupain (1574)
Attorney for Plaintiff

cc.: Sanford Cohen, Esq.

*Application granted. In view of defendants' motion to dismiss dated September 19, 2007, this court grants plaintiff's request to discontinue this action. This case is dismissed without prejudice.*
*So ordered.*
*9/21/07*
*Robert P. Patterson, Jr. USDJ*